1
2  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
   332 N. Second Street
3  San Jose, CA  95112
   Telephone (408) 271-6600
4  Facsimile (408) 298-6046
5
6  Attorneys for Plaintiff
   Ronald Moore
7
8
9
10                    **UNITED STATES DISTRICT COURT**
                       **EASTERN DISTRICT OF CALIFORNIA**
11
12  RONALD MOORE,                    )  No.  1:10-CV-01657-AWI-SKO
                                     )
13          Plaintiff,                )  **STIPULATION FOR DISMISSAL OF**
                                     )  **ACTION; ORDER**
14      vs.                          )
                                     )
15  LEO GARCIA dba EL PUEBLITO       )
    RESTAURANT, INC.,  et al.,       )
16                                   )
                                     )
17          Defendants.              )
                                     )
18  _____  )
19
20       IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant
21  El Pueblito Mexican Restaurant; and John Terzian, Trustee of the Terzian Family Trust dated
22  April 24, 2008, the parties to this action, by and through their respective counsels, that pursuant
23  to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with
24  prejudice in its entirety.
25
26  Date: December 10, 2010                            MOORE LAW FIRM, P.C.
27

*Moore v. Garcia, et al.*

Stipulation for Dismissal

Page 1

```
                                        /s/Tanya Moore
                                        Tanya Moore
                                        Attorney for Plaintiff


Date: December 10, 2010                 REICH LAW FIRM



                                        /s/ Jeff Reich
                                        Attorneys for Defendants
```

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   December 10, 2010                            _____
                                        CHIEF UNITED STATES DISTRICT JUDGE

*Moore v. Garcia, et al.*

Stipulation for Dismissal